# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV-14-1400 - SJO (AS) | Date | July 1, 2014 |
|---|---|---|---|
| Title | Satinderpal Biling, Petitioner v. Louis Milusnic, Warden, Respondent. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**      **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On February 24, 2014, Satinderpal Biling ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241 (Docket Entry No. 1). On May 5, 2014, Respondent filed a Motion to Dismiss ("Motion"), contending that the Petition is moot. On May 6, 2014, the Court issued an Order directing Petitioner to file, no later than June 5, 2014, either an Opposition to the Motion to Dismiss or a Statement of Non-Interest, evincing a disinterest in the pursuit of this action. To date, Petitioner has failed to comply with the Court's May 6, 2014 Order. Petitioner was warned that his failure to comply with the Court's May 6, 2014 Order may be deemed consent to the granting of the Motion.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not grant Respondent's Motion, or dismiss this action for failure to prosecute. Petitioner must file a response to this Order no later than **August 1, 2014. Petitioner is expressly warned that failure to file a timely response to this Order may result in a recommendation that this action be dismissed without prejudice for failure to comply with Court Orders. See Rule 12, Rules Governing Section 2254 Cases in the United States District Courts; Fed. R. Civ. P. 41(b).**