**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATINDERPAL BILING,  )<br>                             )<br>          Petitioner,  )<br>     v.                       )<br>                             )<br>LOUIS MILUSNIC, WARDEN,  )<br>                             )<br>          Respondent.    )<br>_____) | No. CV14-1400-SJO (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the "Order Denying and Dismissing Petition for Lack of Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 1, 2014.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE